TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff In conjunction with Legal Aid Center of Southern Nevada Pro Bono Project*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRELL DESHON KEMP, SR.,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>Defendants. | CASE NO: 2:18-cv-00169-RFB-BNW<br><br>**STIPULATION TO EXTEND DISCOVERY**<br>**(Sixth Request)** |

COMES NOW, Plaintiff Terrell Deshon Kemp, Sr., ("Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates, Ltd., appearing *pro bono publico,* and Defendants Las Vegas Metropolitan Police Department, Sgt. Gregory Dawson, Captain Nita Schmidt and Officer Hugh Hardy, ("LVMPD Defendants") by and through their counsel, the law firm of Kaempfer Crowell, and Defendants Larry Williamson, M.D., Ashley, Komacsar, Director of Nursing, and NaphCare, Inc. ("NaphCare Defendants") by and through their counsel, the law firm of Lewis Brisbois Bisgaard & Smith, LLP, hereby stipulate and agree to extend the the discovery deadlines set forth in the Stipulation and Order to Extend Discovery (Fifth Request) (ECF #79) to December 31, 2020, pursuant to LR IA 6-1 and LR 26-4 for the reasons provided below. This is the parties' sixth request for an extension of discovery deadlines.

Discovery closes on October 23, 2020. The last day to file Dispositive Motions is November 23, 2020.

**1. DISCOVERY COMPLETED TO DATE:**

A. Plaintiff served Initial Disclosures on Defendants on February 5, 2019, and First Supplemental Disclosures on November 25, 2019.

B. NaphCare Defendants served Initial Disclosures on Plaintiff and LVMPD Defendants on March 28, 2019, and First Supplemental Disclosures on June 22, 2020.

C. LVMPD Defendants served Initial Disclosures on Plaintiff and NaphCare Defendants on April 12, 2019.

D. NaphCare Defendants served discovery on Plaintiff in the form of Interrogatories on May 31, 2019 and Requests for Production on June 4, 2019.

E. LVMPD Defendants served Initial Expert Disclosure on Plaintiff and NaphCare Defendants on July 25, 2019 and Supplemental Expert Disclosure on August 24, 2019.

F. LVMPD Defendants served discovery on Plaintiff in the form of Interrogatories and Requests for Admissions on October 2, 2019.

G. NaphCare Defendants served Initial Expert Disclosure on Plaintiff and LVMPD Defendants on August 24, 2020.

H. Plaintiff served discovery on LVMPD Defendants in the form of Interrogatories and Requests for Production of Documents on September 21, 2020, and Interrogatories on Defendant Officer Hardy on September 21, 2020.

I. Plaintiff served discovery on NaphCare Defendants in the form of Interrogatories and Requests for Production of Documents on September 21, 2020, and Interrogatories on Defendant Dr. Larry Williamson on September 21, 2020.

   J. NaphCare Defendants deposed Plaintiff on June 30, 2020, which deposition was continued to August 19, 2020.

**2. DISCOVERY YET TO BE COMPLETED:**

   A. Plaintiff intends to take the depositions of each of the Defendants' Person Most Knowledgeable ("PMK") as well as Defendant Officer Hardy and Defendant Dr. Williamson.

**3. REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED.**

Good cause exists for this extension, as the current coronavirus/COVID-19 pandemic has caused, and continues to cause, disruption to the practices of counsel involved in this case. The parties have been diligent in conducting discovery. Discovery closes on October 23, 2020. Plaintiff's counsel requires to take the depositions of Defendants' PMKs which has been difficult to arrange as this is a pro bono case and funding must be approved. The parties respectfully request that the discovery deadlines in this matter be extended to December 31, 2020. This is the sixth request for an extension, which is made in good faith and joined by all the parties and not for the purposes of delay. Moreover, since this request is a joint request, neither party will be prejudiced.

**4. PROPOSED SCHEDULE FOR COMPLETING DISCOVERY AND OTHER DISCOVERY DEADLINES.**

   A. On May 11, 2020, this Court ordered that the last date to complete discovery would be October 23, 2020, that the last day to file dispositive motions would be November 23, 2020, and that the last day to file a pretrial order would be December 23, 2020. The parties stipulate and agree to a proposed extension of discovery to December 31, 2020, which would result in the following proposed rescheduled discovery dates:

///

B.   **Summary of Proposed Changes**

| | **Current Deadline** | **Revised Deadline** |
|---|---|---|
| **Close of Discovery** | **October 23, 2020** | **December 31, 2020** |
| **Dispositive Motions** | **November 23, 2020** | **February 1, 2020 as the 30th day after close of discovery is January 30, 2020 which is a Saturday.** |
| **Pretrial Order** | **December 23, 2020** | **March 3, 2021** |

Dated this 2nd day of October 2, 2020

Dated this 2nd day of October, 2020

**HATFIELD & ASSOCIATES**

*/s/ Trevor J. Hatfield*
By:
  Trevor J. Hatfield, Esq. (SBN 7373)
  703 S. Eighth Street
  Las Vegas, Nevada 89101
  Tel: (702) 388-4469
  Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff In conjunction with Legal Aid Center of Southern Nevada Pro Bono Project*

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Katherine J. Gordon*
By:
  S. Brent Vogel, Esq. (SBN 6858)
  Katherine J. Gordon, Esq. (SBN 5813)
  6385 S. Rainbow Boulevard, Suite 600
  Las Vegas, Nevada 89118
  Tel.: (702) 893-3383
  Email: Brent.Vogel@lewisbrisbois.com
  Email: Katherine.Gordon@lewisbrisbois.com
*Attorneys for Defendants Larry Williamson, M.D., Ashley Komacsar, Director of Nursing, and NaphCare, Inc.*

///

///

///

///

///

///

///

///

///

Dated this 2nd day of October, 2020

**KAEMPFER CROWELL**

    */s/Lyssa S. Anderson*
By: _____
  LYSSA S. ANDERSON, ESQ. (SBN 5781)
  RYAN W. DANIELS, ESQ. (SBN 13094)
  1980 Festival Plaza Drive, Ste. 650
  Las Vegas, Nevada 89135
  Tel: (702) 792-7000
  Email: landerson@kcnvlaw.com
  Email: rdaniels@kcnvlaw.com
  *Attorneys for Las Vegas Metropolitan*
  *Police Department, Sgt. Gregory Dawson,*
  *Captain Nita Schmidt and Officer Hugh Hardy*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 6, 2020.