1   LYSSA S. ANDERSON
    Nevada Bar No. 5781
2   RYAN W. DANIELS
    Nevada Bar No. 13094
3   KRISTOPHER J. KALKOWSKI
    Nevada Bar No. 14892
4   KAEMPFER CROWELL
    1980 Festival Plaza Drive, Suite 650
5   Las Vegas, Nevada  89135
    Telephone:   (702) 792-7000
6   Fax:          (702) 796-7181
    landerson@kcnvlaw.com
7   rdaniels@kcnvlaw.com
    kkalkowski@kcnvlaw.com
8
    ***Attorneys for Defendants Las Vegas Metropolitan***
9   ***Police Department, Captain Nita Schmidt***
    ***and Officer Hugh Hardy***
10
                UNITED STATES DISTRICT COURT
11
                     DISTRICT OF NEVADA
12

| | |
|---|---|
| TERRELL DESHON KEMP, SR., | CASE NO.:   2:18-cv-00169-RFB-BNW |
| Plaintiff, | **STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| vs. | **(First Request)** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JAIL DIRECTOR CAPTAIN SCHMIDT, in her individual and official capacities; CORRECTIONAL OFFICER HUGH HARDY, #6000; NAPHCARE, INC., a Foreign Corporation; DIRECTOR OF NURSING, ASHLEY KOMASCAR, in her individual and official capacities; LARRY WILLIAMSON M.D., in his individual and official capacities, | **[ECF No. 81]** |
| Defendants. | |

        Pursuant to LR 6-1 and LR 26-4, Defendants, Las Vegas Metropolitan Police

Department, Captain Nita Schmidt, and Officer Hugh Hardy ("LVMPD Defendants");

Defendants, Larry Williamson, M.D., Ashley E. Komacsar, Director of Nursing; and Naphcare,

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

Inc. ("Naphcare Defendants"); and Plaintiff, Terrell Deshon Kemp, Sr. ("Plaintiff") by and through their respective counsel, hereby stipulate, agree, and request that this Court extend the dispositive motion deadline from the current date of February 1, 2021 as the parties anticipate additional time is needed to prepare the Motions due to pending deadlines and hearings in other matters.

**A.    Discovery Completed to Date**

The parties have exchanged their initial Rule 26 Disclosures and several supplements. The parties each propounded and responded to written discovery (Interrogatories, Requests for Admissions and Requests for Production of Documents).  Expert Reports were timely disclosed and the deposition of Plaintiff was taken.  Discovery closed on December 31, 2020.

**B.    Discovery Remaining to be Completed**

No further discovery is needed.

**C.    Reason for Request for Extension of Dispositive Motion Deadline**

As stated above, Counsel has numerous other deadlines around the same time that the current dispositive motion deadline is set.  As such, the parties are requesting this brief extension at this time.

**D.    Proposed Extended Deadline for Dispositive Motions**

Accordingly, the parties respectfully request that this Court enter an order as follows:

(1) Dispositive Motions.

The parties request the current deadline of February 1, 2021 be extended to February 22, 2021.

This request for an extension is made in good faith and joined by all the parties in this case.  This request is timely and being requested in advance as the parties anticipate additional time will be needed to prepare motions.  Trial is not yet set in this matter and dispositive motions

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2729162_1.doc  6943.166

have not yet been filed.  Accordingly, this extension will not delay this case.  Moreover, since this request is a joint request, neither party will be prejudiced.  The extension will allow the parties the necessary time to prepare motions.

DATED this <u>13th</u> day of January, 2021.

HATFIELD & ASSOCIATES, LTD.                    KAEMPFER CROWELL


By: ___/s/ Trevor J. Hatfield_____          By: ___/s/ Lyssa S. Anderson_____
    TREVOR J. HATFIELD                              LYSSA S. ANDERSON
    (Nevada Bar No. 7373)                           (Nevada Bar No. 5781)
    703 S. 8th Street                               RYAN W. DANIELS
    Las Vegas, NV 89101                             (Nevada Bar No. 13094)
    ***Attorneys for Plaintiff***                   1980 Festival Plaza Dr.
                                                    Las Vegas, Nevada 89135
                                                    ***Attorneys for Defendants Las***
LEWIS BRISBOIS BISGAARD & SMITH                 ***Vegas Metropolitan Police***
                                                ***Department, Captain Nita***
                                                ***Schmidt and Officer Hugh Hardy***

By: ___/s/ Katherine J. Gordon_____
    S. BRENT VOGEL
    (Nevada Bar No. 6858)
    KATHERINE J. GORDON
    (Nevada Bar No. 5813)
    6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, Nevada 89118
    ***Attorneys for Defendants***
    ***Larry Williamson, M.D.; Ashley,***
    ***Director of Nursing and NaphCare, Inc.***


    **IT IS SO ORDERED:**

    _____
    UNITED STATES MAGISTRATE JUDGE
    CASE NO.:  2:18-cv-00169-RFB-BNW

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2729162_1.doc  6943.166