TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff In conjunction with Legal Aid Center of Southern Nevada Pro Bono Project*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRELL DESHON KEMP, SR., <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., <br><br> Defendants. | CASE NO:  2:18-cv-00169-RFB-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS HARDY'S AND SCHMIDT'S MOTION FOR SUMMARY JUDGMENT** <br> (First Request) |

COMES NOW, Plaintiff Terrell Deshon Kemp, Sr., ("Plaintiff"), by and through his counsel, Trevor J. Hatfield, Esq. of the law firm of Hatfield & Associates, Ltd., appearing *pro bono publico,* and Defendants Captain Nita Schmidt and Officer Hugh Hardy, ("LVMPD Officers") by and through their counsel, Lyssa S. Anderson, Esq., of the law firm of Kaempfer Crowell, and hereby stipulate and agree to extend the time for Plaintiff to Respond to Defendants Hardy's and Schmidt's Motion for Summary Judgment (ECF #85) due on March 15, 2021, to April 15, 2021.

This request is submitted pursuant to LR IA 6-1, 6-2 and 7-1 and is the parties' first request for an extension of time for Plaintiff to respond to Defendants' Motions for Summary Judgment.

Good cause exists for this extension, as the current coronavirus/COVID-19 pandemic has caused, and continues to cause, disruption to the practices of counsel involved in this case. In addition, Plaintiff is incarcerated in Ely State Prison and Plaintiff's Counsel has had difficulty communicating with him to formulate oppositions to Defendants' Motions for Summary Judgment. Additionally, three Motions for Summary Judgment have been filed in this matter and are comprised of voluminous documentation for Plaintiff's counsel and Plaintiff to review to formulate the Oppositions to the Motions for Summary Judgment.

Accordingly, Plaintiff shall have up to and including April 15, 2021, to respond to Defendant LVMPD Officers' Motion for Summary Judgment (ECF #85).

Dated this 12th day of March, 2021

**HATFIELD & ASSOCIATES**

/s/ Trevor J. Hatfield
By:_____
Trevor J. Hatfield, Esq. (SBN 7373)
703 S. Eighth Street
Las Vegas, Nevada 89101
Tel: (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff In conjunction with Legal Aid Center of Southern Nevada Pro Bono Project*

Dated this 12th day of March, 2021

**KAEMPFER CROWELL**

/s/ Ryan W. Daniels
By: _____
LYSSA S. ANDERSON, ESQ. (SBN 5781)
RYAN W. DANIELS, ESQ. (SBN 13094)
1980 Festival Plaza Drive, Ste. 650
Las Vegas, Nevada 89135
Tel: (702) 792-7000
Email: landerson@kcnvlaw.com
Email: rdaniels@kcnvlaw.com
*Attorneys for Las Vegas Metropolitan Police Department, Captain Nita Schmidt and Officer Hugh Hardy*

## IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 15th day of March, 2021.

///

///

///

///

///

///

///

- 2 -

Dated this 12th day of March, 2021

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

By: */s/ Katherine J. Gordon*
S. Brent Vogel, Esq. (SBN 6858)
Katherine J. Gordon, Esq. (SBN 5813)
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel.: (702) 893-3383
Email: Brent.Vogel@lewisbrisbois.com
Email: Katherine.Gordon@lewisbrisbois.com
*Attorneys for Defendants NaphCare, Inc.,*
*Larry Williamson, M.D., and Ashley Komacsar,*
*Director of Nursing*

**ORDER**

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

Dated:
CASE NO.: 2:18-cv-00169-RFB-BNW