TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff In conjunction with Legal Aid Center of Southern Nevada Pro Bono Project*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRELL DESHON KEMP, SR., <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., <br><br> Defendants. | CASE NO: 2:18-cv-00169-RFB-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** <br> (Fourth Request) |

COMES NOW, Plaintiff Terrell Deshon Kemp, Sr., ("Plaintiff"), by and through his counsel, Trevor J. Hatfield, Esq. of the law firm of Hatfield & Associates, Ltd., appearing *pro bono publico,* and Defendants Las Vegas Metropolitan Police Department ("LVMPD"), and Defendants Captain Nita Schmidt and Officer Hugh Hardy, ("LVMPD Officers") by and through their counsel, Lyssa S. Anderson, Esq., of the law firm of Kaempfer Crowell, and hereby stipulate and agree to extend the time for Plaintiff to Respond to Defendants' Motions for Summary Judgment (ECF #85 and ECF #86) due on July 21, 2021 to August 20, 2021.

HATFIELD & ASSOCIATES, LTD.
703 S. 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

This request is submitted pursuant to LR IA 6-1, 6-2 and 7-1 and is the parties' fourth request for an extension of time for Plaintiff to respond to Defendants' Motions for Summary Judgment.

Good cause exists for this extension, as Plaintiff is incarcerated in Ely State Prison and Plaintiff's Counsel has had difficulty communicating with him to formulate oppositions to Defendants' Motions for Summary Judgment and has only been able to communicate via U.S. Mail after Plaintiff had saved money to purchase postage. Additionally, Defendants' have filed two Motions for Summary Judgment in this matter which are comprised of voluminous documentation for Plaintiff's counsel and Plaintiff to review to formulate the Oppositions to the Motions for Summary Judgment. Moreover, Plaintiff is scheduled to speak with his counsel on June 22, 2021, and settlement may be explored whereby the motions may be moot if settlement is reached.

///

///

///

///

///

///

///

///

///

///

///

///

///

Accordingly, Plaintiff shall have up to and including August 20, 2021, to respond to Defendants' LVMPD's and LVMPD Officers' Motions for Summary Judgment (ECF #85 and ECF #86).

Dated this 21st day of July, 2021                    Dated this 21st day of July, 2021

**HATFIELD & ASSOCIATES**                             **KAEMPFER CROWELL**

 */s/ Trevor J. Hatfield*                              */s/ Lyssa S. Anderson*
By: _____                   By: _____
Trevor J. Hatfield, Esq. (SBN 7373)                  LYSSA S. ANDERSON, ESQ. (SBN 5781)
703 S. Eighth Street                                 RYAN W. DANIELS, ESQ. (SBN 13094)
Las Vegas, Nevada 89101                              1980 Festival Plaza Drive, Ste. 650
Tel: (702) 388-4469                                  Las Vegas, Nevada 89135
Email: thatfield@hatfieldlawassociates.com           Tel: (702) 792-7000
*Attorney for Plaintiff In conjunction with*         Email: landerson@kcnvlaw.com
*Legal Aid Center of Southern Nevada Pro*            Email: rdaniels@kcnvlaw.com
*Bono Project*                                       *Attorneys for Las Vegas Metropolitan*
                                                     *Police Department, Captain Nita Schmidt*
                                                     *and Officer Hugh Hardy*

**IT IS SO ORDERED:**

**ORDER**



_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 23rd day of July, 2021.