TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff In conjunction with Legal Aid Center of Southern Nevada Pro Bono Project*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRELL DESHON KEMP, SR.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | CASE NO: 2:18-cv-00169-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br>(Sixth Request) |

COMES NOW, Plaintiff Terrell Deshon Kemp, Sr., ("Plaintiff"), by and through his counsel, Trevor J. Hatfield, Esq. of the law firm of Hatfield & Associates, Ltd., appearing *pro bono publico,* and Defendants Las Vegas Metropolitan Police Department ("LVMPD"), and Defendants Captain Nita Schmidt and Officer Hugh Hardy, ("LVMPD Officers") by and through their counsel, Lyssa S. Anderson, Esq., of the law firm of Kaempfer Crowell, and hereby stipulate and agree to extend the time for Plaintiff to Respond to Defendants' Motions for Summary Judgment (ECF #85 and ECF #86) due on October 19, 2021 to October 26, 2021.

This request is submitted pursuant to LR IA 6-1, 6-2 and 7-1 and is the parties' sixth request for an extension of time for Plaintiff to respond to Defendants' Motions for Summary Judgment.

Good cause exists for this extension due to doctors' appointments and family commitments, Defendant's counsel has graciously agreed to grant this one-week extension.

Accordingly, Plaintiff shall have up to and including October 26, 2021, to respond to Defendants' LVMPD's and LVMPD Officers' Motions for Summary Judgment (ECF #85 and ECF #86).

Dated this 19th day of October, 2021                Dated this 19th day of October, 2021

**HATFIELD & ASSOCIATES**                            **KAEMPFER CROWELL**

*/s/ Trevor J. Hatfield*                             */s/ Lyssa S. Anderson*

By:_____                 By: _____
Trevor J. Hatfield, Esq. (SBN 7373)                  Lyssa S. Anderson, Esq. (SBN 5781)
703 S. Eighth Street                                 Ryan W. Daniels, Esq. (SBN 13094)
Las Vegas, Nevada 89101                              Kristopher J. Kalkowsi, Esq., (SBN 14892)
Tel: (702) 388-4469                                  1980 Festival Plaza Drive, Ste. 650
Email: thatfield@hatfieldlawassociates.com           Las Vegas, Nevada 89135
*Attorney for Plaintiff In conjunction with*         Tel: (702) 792-7000
*Legal Aid Center of Southern Nevada Pro*            Email: landerson@kcnvlaw.com
*Bono Project*                                       Email: rdaniels@kcnvlaw.com
                                                     *Attorneys for Las Vegas Metropolitan*
                                                     *Police Department, Captain Nita Schmidt*
                                                     *and Officer Hugh Hardy*

**IT IS SO ORDERED:**

**ORDER**



RICHARD F. BOULWARE, II
United States District Court

DATED this 21st day of October, 2021.