1  S. BRENT VOGEL
   Nevada Bar No. 6858
2  Brent.Vogel@lewisbrisbois.com
   KATHERINE J. GORDON
3  Nevada Bar No. 5813
   Katherine.Gordon@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   T: 702.893.3383
6  F: 702.893.3789
   *Attorneys for Defendants*
7  *Larry Williamson, M.D., Ashley Komacsar,*
   *Director of Nursing, and NaphCare, Inc.*
8

9                    UNITED STATES DISTRICT COURT

10                        DISTRICT OF NEVADA

11 | TERRELL DESHON KEMP, SR.,              | CASE NO. 2:18-cv-00169-RFB-BNW |

12 | Plaintiff,                              |                                 |

13 | vs.                                     | **STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS LARRY WILLIAMSON, M.D., ASHLEY KOMACSCAR, AND NAPHCARE, INC.'S MOTION FOR SUMMARY JUDGMENT DISCOVERY** |

14 | LAS VEGAS METROPOLITAN POLICE DEPARTMENT; ET AL. |                       |

15 | Defendants.                             | **(ECF No. 84)**                |

16 |                                         | **(First Request)**             |

17

18

19    IT IS HEREBY STIPULATED AND AGREED between Plaintiff, Terrell Deshon Kemp,

20 Sr., by and through his counsel, Trevor J. Hatfield, Esq., appearing *pro bono publico,* and

21 Defendants Larry Williamson, M.D., Ashley Komacsar, and NaphCare, Inc., by and through their

22 attorneys, S. Brent Vogel, Esq. and Katherine J. Gordon, Esq. of Lewis Brisbois Bisgaard & Smith

23 LLP, that the due date for Defendants' Reply in Support of Motion for Summary Judgment (ECF

24 No. 84) be continued for a period of 30 days, up to and including December 2, 2021.

25    This requested extension is made by consent of the parties, in good faith, and not for the

26 purpose of any delay.

27 ….

28 ….

4888-1853-1585.1

Accordingly, Defendants Larry Williamson, M.D., Ashley Komacsar, and NaphCare, Inc. will have up to and including December 2, 2021 to file their Reply in Support of Motion for Summary Judgment (ECF No. 84).

Dated: this 1st day of November 2021.  
LEWIS BRISBOIS BISGAARD & SMITH LLP

Dated: this 2nd day of November 2021.  
HATFIELD LAW ASSOCIATES

/s/ Katherine J. Gordon
S. BRENT VOGEL
Nevada Bar No. 6858
KATHERINE J. GORDON
Nevada Bar No. 5813
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants Larry Williamson, M.D., Ashley Komacsar, Director of Nursing, and NaphCare, Inc.*

/s/ Trevor J. Hatfield
TREVOR J. HATFIELD
Nevada Bar No. 7373
703 S. Eighth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court

DATED November 3, 2021
CASE NO.: 2:18-cv-00169-RFB-BNW

| | |
|---|---|
| From: | Trevor Hatfield |
| To: | Gordon, Katherine |
| Cc: | Freda Brazier; San Juan, Maria |
| Subject: | [EXT] Re: Kemp v. NaphCare, et al. |
| Date: | Tuesday, November 2, 2021 12:46:32 PM |
| Attachments: | Logo_e6253148-26a1-47a9-b861-6ac0ff0bc3c4.png |

**Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Approved.

Trevor J. Hatfield, Esq.,
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth St.
Las Vegas, NV 89101
(702) 388-4469


thatfield@hatfieldlawassociates.com

This e-mail communication is a confidential attorney communication intended only for the person to whom it is addressed above. Any dissemination, distribution, or copying of this communication is strictly prohibited.

IRS Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, you are hereby informed that any federal tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Mon, Nov 1, 2021 at 5:54 PM Gordon, Katherine <Katherine.Gordon@lewisbrisbois.com> wrote:

> Hi Trevor:
>
> Attached please find a proposed Stipulation and Order to extend the due date for Defendants' Reply ISO their Motion for Summary Judgment to December 2, 2021.  Please let us know if we have authority to use your electronic signature.
>
> Thank you-
>
> Katie
>
> 
>
> **Katherine J. Gordon**
> Partner
> Katherine.Gordon@lewisbrisbois.com
>
> T: 702.693.4336  F: 702.893.3789
>
> 6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118  |  **LewisBrisbois.com**
>
> **Representing clients from coast to coast. View our locations nationwide.**
>
> This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Lewis Brisbois Bisgaard & Smith LLP, and that on this 2nd day of November, 2021 I did cause a true copy of **STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS LARRY WILLIAMSON, M.D., ASHLEY KOMACSCAR, AND NAPHCARE, INC.'S MOTION FOR SUMMARY JUDGMENT DISCOVERY (ECF No. 84) (First Request)** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

| | |
|---|---|
| Trevor J. Hatfield, Esq.<br>HATFIELD LAW ASSOCIATES<br>703 S. 8th St.<br>Las Vegas, NV 89101<br>Tel: 702.388.4469<br>Fax: 702.386.9825<br>thatfield@hatfieldlawassociates.com<br>*Attorney for Plaintiff* | Lyssa S. Anderson, Esq.<br>Ryan W. Daniels, Esq.<br>KAEMPFER CROWELL<br>1980 Festival Plaza Dr., Suite 650<br>Las Vegas, NV 89135<br>Tel: 702.792.7000<br>Fax: 702.796.7181<br>landerson@kcnvlaw.com<br>rdaniels@kcnvlaw.com<br>*Attorneys for Defendants*<br>*Las Vegas Metropolitan Police Department,*<br>*Sgt. Gregory Dawson, Captain Nita Schmidt*<br>*and Officer Hugh Har* |

By  */s/ Maria T. San Juan*
  An Employee of
  LEWIS BRISBOIS BISGAARD & SMITH LLP