UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERRELL DESHON KEMP, SR.<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPT., *et al*,<br><br>Defendants. | Case No. 2:18-cv-00169-RFB-BNW<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE TERRELL DESSHON KEMP, SR, 67713** |

TO:   WILLIAM GITTERE, WARDEN, ELY STATE PRISON, ELY NV

**THE COURT HEREBY FINDS** that **TERRELL DESSHON KEMP, SR, 67713** , is presently in custody of the Nevada Department of Corrections, located at Ely State Prison, Ely, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Ely State Prison, or his designee, shall arrange for and produce **TERRELL DESSHON KEMP, SR, 67713** on or about, March 24, 2022 at the hour of 9:00 AM by videoconference for a status conference hearing by zoomgov technology in this instant matter and and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **TERRELL DESSHON KEMP, SR, 67713** , is released and discharged by the said Court; and that T**ERRELL DESSHON KEMP, SR, 67713** shall thereafter be returned to the custody of the Warden, Ely State Prison, Ely, Nevada, under safe and secure conduct.

**DATED** this 23rd day of March, 2022.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**