TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff In conjunction with Legal Aid Center of Southern Nevada Pro Bono Project*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRELL DESHON KEMP, SR.,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendants. | CASE NO: 2:18-cv-00169-RFB-BNW<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff in the above-named case, TERRELL DESHON KEMP, SR., (hereinafter "KEMP"), hereby appeals to the United States Court of Appeals for the Ninth Circuit from Order (ECF #125) entered March 31, 2022.

Dated this 25th day of April, 2022.

**HATFIELD & ASSOCIATES LTD.**

By: *Trevor J. Hatfield*
Trevor J. Hatfield, Esq. (SBN 7373)
703   South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel
*Attorney for Plaintiff In Conjunction with Legal Aid Center of Southern Nevada Pro Bono Project*

## CERTIFICATE OF SERVICE

I certify that on April 25, 2022, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF APPEAL** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated April 25, 2022.   By: _/s/ Freda P. Brazier_
Freda P. Brazier
An Employee of Hatfield & Associates, Ltd.

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469