S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
BRIGETTE E. FOLEY
Nevada Bar No. 12965
Brigette.Foley@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
T: 702.893.3383
F: 702.893.3789
*Attorneys for Defendants Larry Williamson, M.D., Ashley E. Komacsar, Director of Nursing, and NaphCare, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRELL DESHON KEMP, SR.,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; ET AL.<br><br>Defendants. | CASE NO. 2:18-cv-00169-RFB-BNW<br><br>**MOTION TO REMOVE ATTORNEYS KATHERINE GORDON AND LAWRENCE BALANAOVSKY FROM SERVICE LIST** |

Notice is Defendants Larry Williamson, M.D., Ashley E. Komacsar, Director of Nursing, and NaphCare, Inc., by and through his counsel of record Katherine Gordon and Lawrence Blanovsky, of the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, respectfully requests that she be removed from the CM/ECF service list for the above-captioned case. Brigette E. Foley, of the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP has been added in place of Katherine Gordon and Lawrence Blanovsky.

///

///

///

///

///

4834-0261-3393.1

| | |
|---|---|
| DATED this 15th day of December 2022. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | By   /s/ Brigette E. Foley |
| | S. BRENT VOGEL |
| | Nevada Bar No. 6858 |
| | BRIGETTE E. FOLEY |
| | Nevada Bar No. 12965 |
| | 6385 S. Rainbow Boulevard, Suite 600 |
| | Las Vegas, Nevada 89118 |
| | 702.893.3383 |
| | *Attorneys for Defendants Larry Williamson, M.D., Ashley E. Komacsar, Director of Nursing, and Naphcare, Inc.* |

### ORDER
**IT IS SO ORDERED**

**DATED:**  2:00 pm, December 16, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that on this 15th day of December, 2022, I did cause a true and correct copy of **MOTION TO REMOVE ATTORNEYS KATHERINE GORDON AND LAWRENCE BALANAOVSKY FROM SERVICE LIST** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

Lyssa S. Anderson, Esq.
Ryan W. Daniels, Esq.
KAEMPFER CROWELL
1980 Festival Plaza Dr., Suite 650
Las Vegas, NV 89135
Tel: 702.792.7000
Fax: 702.796.7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Sgt. Gregory Dawson, Captain Nita Schmidt*
*and Officer Hugh Har*

to be placed in the United States Mail, with first class postage prepaid thereon, and addressed as follows:

Terrell Deshon Kemp, Sr.
67713
H.D.S.P. – P.O. Box 650
Indian Springs, NV 89070
*Pro se*

By  /s/ Heidi Brown
    An Employee of
    LEWIS BRISBOIS BISGAARD & SMITH LLP