S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
BRIGETTE E. FOLEY
Nevada Bar No. 12965
Brigette.Foley@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
T: 702.893.3383
F: 702.893.3789
*Attorneys for Defendants Larry Williamson, M.D., Ashley E. Komacsar, Director of Nursing, and NaphCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRELL DESHON KEMP, SR., <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; ET AL. <br><br> Defendants. | CASE NO. 2:18-cv-00169-RFB-BNW <br><br> **MOTION TO REMOVE ATTORNEYS S. BRENT VOGEL, MELANIE L. THOMAS, AND BRIGETTE E. FOLEY FROM SERVICE LIST** |

Defendants Larry Williamson, M.D., Ashley E. Komacsar, Director of Nursing, and NaphCare, Inc. (collectively, "Defendants") by and through their counsel of record LEWIS BRISBOIS BISGAARD & SMITH LLP, respectfully request that S. Brent Vogel, Melanie L. Thomas, and Brigette E. Foley be removed from the CM/ECF service list for the above-captioned

///

///

///

///

///

///

///

125268725.1

1  case. Defendants' Motion for Summary Judgment [ECF No. 84] was granted on March 31, 2022
2  [ECF No. 125].

4  DATED this 6th day of June, 2023        LEWIS BRISBOIS BISGAARD & SMITH LLP

                                By    /s/ *S. Brent Vogel*
                                      S. BRENT VOGEL
                                      Nevada Bar No. 6858
                                      BRIGETTE E. FOLEY
                                      Nevada Bar No. 12965
                                      6385 S. Rainbow Boulevard, Suite 600
                                      Las Vegas, Nevada 89118
                                      702.893.3383
                                      *Attorneys for Defendants Larry Williamson, M.D., Ashley E. Komacsar, Director of Nursing, and Naphcare, Inc.*

### ORDER
**IT IS SO ORDERED**

**DATED:** 7:39 am, June 08, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that on this 6th day of June, 2023, I did cause a true and correct copy of **MOTION TO REMOVE ATTORNEYS S. BRENT VOGEL, MELANIE L. THOMAS, AND BRIGETTE E. FOLEY FROM SERVICE LIST** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

Lyssa S. Anderson, Esq.
Ryan W. Daniels, Esq.
KAEMPFER CROWELL
1980 Festival Plaza Dr., Suite 650
Las Vegas, NV 89135
Tel: 702.792.7000
Fax: 702.796.7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Sgt. Gregory Dawson, Captain Nita Schmidt*
*and Officer Hugh Har*

to be placed in the United States Mail, with first class postage prepaid thereon, and addressed as follows:

Terrell Deshon Kemp, Sr.
67713
H.D.S.P. – P.O. Box 650
Indian Springs, NV 89070
*Pro se*

By   */s/ Gaylene Kim-Mistrille*
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP