LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:  (702) 792-7000
Fax:          (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
*Attorneys for Defendant*
*Hugh Hardy*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERRELL DESHON KEMP, SR., | CASE NO.:   2:18-cv-00169-RFB-BNW |
| Plaintiff, | |
| vs. | **JOINT PRETRIAL ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JAIL DIRECTOR CAPTAIN SCHMIDT, in her individual and official capacities; CORRECTIONAL OFFICER HUGH HARDY, #6000; NAPHCARE, INC., a Foreign Corporation; DIRECTOR OF NURSING, ASHLEY KOMASCAR, in her individual and official capacities; LARRY WILLIAMSON M.D., in his individual and official capacities, | |
| Defendants. | |

Following pretrial proceedings in this cause,

IT IS SO ORDERED:

### I.   Full Caption

*Terrell Deshon Kemp, Sr. v. Hugh Hardy*, **2:18-cv-00169-RFB-BNW**

/ / /

## II. Trial Counsel

*Counsel for Plaintiff*

Snell & Wilmer, L.L.P.
Blakeley E. Griffith, Esq.
Erin M. Gettel, Esq.
Christian P. Ogata, Esq.
Address: 3883 Howard Hughes Parkway, Suite 1100
 Las Vegas, NV 89169
Phone: 702-784-5200
Fax: 702-784-5252

*Counsel for Defendant*

Kaempfer Crowell
Lyssa S. Anderson, Esq.
Ryan W. Daniels, Esq.
Address: 1980 Festival Plaza Drive, Suite 650
 Las Vegas, Nevada 89135
Phone: 702-792-7000
Fax: 702-796-7181

## III. Statement of Jurisdiction

The parties agree that this Court has subject-matter jurisdiction in this case under 28 U.S.C. §1331 because Kemp's sole claim to be tried arises under 42 U.S.C. § 1983.

## IV. Claims and Defenses

Plaintiff Terrell Kemp Sr. was involved in an encounter with Las Vegas Metropolitan Police Department ("LVMPD") Corrections Officer Hugh Hardy in booking on July 26, 2016. At trial, Kemp alleges a violation of his Fourth Amendment right under 42 U.S.C. § 1983 by asserting that excessive force was used in the encounter.

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3556036_1.doc 6943.184

**A.    Kemp contends that:**

   **a.  Claim to be tried**

Following summary judgment, the sole claim to be tried is Kemp's claim for excessive force in violation of the Fourth Amendment arising under 42 U.S.C. § 1983 (First Cause of Action).

   **b.  Claims previously asserted and not to be tried**

In his amended complaint, Kemp asserted his § 1983 claim against Las Vegas Metropolitan Police Department under *Monell v. Department of Social Services*, and claims for deliberate indifference; negligence; negligence per se; negligent hiring, training, and supervision; and gross negligence. All claims but Kemp's § 1983 claim against Hardy were disposed of on summary judgment.

   **c.  Defenses to be tried**

Following summary judgment, Kemp contends that Hardy's remaining defenses to be tried include: whether Hardy is entitled to qualified immunity.

   **d.  Defenses previously asserted and not to be tried**

Hardy previously raised an affirmative-exhaustion defense. On summary judgment, this Court found that Kemp's "claim is not barred for failure to exhaust, as it is clear that the facility was on notice as to the specific facts and nature of his complaint."[1]

**B.    Officer Hardy contends that:**

   **a.  Claim to be tried**

Following summary judgment, Hardy agrees that the sole claim to be tried is Kemp's claim for excessive force in violation of the Fourth Amendment arising under 42 U.S.C. § 1983 (First Cause of Action).

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3556036_1.doc  6943.184

Page 3 of 13

### b. Defenses to be tried

Following summary judgment, Hardy contends that his remaining defenses to be tried include, but are not limited to, whether he is entitled to qualified immunity, whether his actions were the proximate cause of Kemp's alleged damages, whether his actions actually constituted a constitutional violation, and whether Kemp has mitigated his damages.

### c. Claims previously asserted and not to be tried

In his amended complaint, Kemp asserted a § 1983 claim against Las Vegas Metropolitan Police Department under *Monell v. Department of Social Services*, and claims for deliberate indifference; negligence; negligence per se; negligent hiring, training, and supervision; and gross negligence. All claims but Kemp's § 1983 claim against Hardy were disposed of on summary judgment.

### d. Defenses previously asserted and not to be tried

Hardy previously raised an exhaustion of administrative remedies defense. On summary judgment, this Court found that Kemp's "claim is not barred for failure to exhaust, as it is clear that the facility was on notice as to the specific facts and nature of his complaint."[2]

## V. Number of trial days and type of trial

The parties agree that four days are needed for trial and that this case is to be tried with a jury.

## VI. Trial by magistrate judge

The parties have not all consented to trial at this time.

## VII. Stipulations or agreed statements of fact or law to which all parties consent.

The parties agree to the following statements of fact:

---

[1] ECF No. 125 at 14.

[2] ECF No. 125 at 14.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

1.   Officer Hardy is and was a Corrections Officer of LVMPD at all times relevant to these proceedings.

2.   Kemp was booked at the Clark County Detention Center ("CCDC") on July 26, 2016.

### VIII. List of all trial witnesses and brief summary of the substance of each witness's testimony.

A.   Kemp's witnesses:

1.   Terrell Deshon Kemp, Sr.
c/o Snell & Wilmer
3883 Howard Hughes Pkwy, Ste 1100
Las Vegas, NV 89169

Mr. Kemp is expected to testify about the incident during his booking at CCDC with Officer Hardy, as well as his damages. Mr. Kemp will testify in person.

2.   Officer Hugh Hardy
c/o Kaempfer Crowell
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

Officer Hardy is expected to testify about the incident during Mr. Kemp's booking at CCDC. Officer Hardy is expected to testify in person.

3.   FRCP 30(b)(6) witness of Clark County Detention Center
c/o Kaempfer Crowell
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135

This witness is expected to testify regarding his/her knowledge of the facts and circumstances surrounding the subject event, as well as CCDC's policies and procedures regarding booking and officers' interactions with inmates. This witness is expected to testify in person.

/ / /

4.     FRCP 30(b)(6) witness of Las Vegas Metropolitan Police Department
c/o Kaempfer Crowell
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135

This witness is expected to testify regarding his/her knowledge of the facts and circumstances surrounding the subject event as well as the allegations set forth in the Complaint, as well as Standard Operating Procedures of LVMPD. This witness is expected to testify in person.

    **B.**     **Officer Hardy's:**

1.     Terrell Deshon Kemp, Sr.
c/o Snell & Wilmer
3883 Howard Hughes Pkwy, Ste 1100
Las Vegas, NV 89169

Mr. Kemp is expected to testify regarding his knowledge of the facts and circumstances surrounding the subject event as well as the allegations set forth in the Complaint.

2.     Sgt. Gregory Dawson
c/o Kaempfer Crowell
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135

Sgt. Dawson is expected to testify regarding his knowledge of the facts and circumstances surrounding the subject event as well as the allegations set forth in the Complaint.

3.     Captain Nita Schmidt
c/o Kaempfer Crowell
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135

Captain Schmidt is expected to testify regarding his knowledge of the facts and circumstances surrounding the subject event as well as the allegations set forth in the Complaint.

4.     Officer Hugh Hardy
c/o Kaempfer Crowell
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135

Officer Hardy is expected to testify regarding his knowledge of the facts and

circumstances surrounding the subject event as well as the allegations set forth in the Complaint.

5.  Person Most Knowledgeable of Las Vegas Metropolitan Police Department
    c/o Kaempfer Crowell
    1980 Festival Plaza Drive, Suite 650
    Las Vegas, NV 89135

This witness is expected to testify regarding his/her knowledge of the facts and circumstances surrounding the subject event as well as the allegations set forth in the Complaint.

6.  Person Most Knowledgeable of Clark County Detention Center
    c/o Kaempfer Crowell
    1980 Festival Plaza Drive, Suite 650
    Las Vegas, NV 89135

This witness is expected to testify regarding his/her knowledge of the facts and circumstances surrounding the subject event as well as the allegations set forth in the Complaint.

7.  Person Most Knowledgeable of Naphcare
    c/o Lewis Brisbois Bisgaard & Smith
    6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, Nevada 89118

This witness is expected to testify regarding his/her knowledge of the facts and circumstances surrounding the subject event as well as the allegations set forth in the Complaint.

8.  Dr. Larry Williamson
    c/o Lewis Brisbois Bisgaard & Smith
    6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, Nevada 89118

Dr. Williamson is expected to testify regarding his knowledge of the facts and circumstances surrounding the subject event as well as the allegations set forth in the Complaint.

9.  Scott Blondeaux, RN
    c/o Lewis Brisbois Bisgaard & Smith
    6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, Nevada 89118

Mr. Blondeaux is expected to testify regarding his knowledge of the facts and circumstances surrounding the subject event as well as the allegations set forth in the Complaint.

10.     Dr. Harry Duran
       c/o Lewis Brisbois Bisgaard & Smith
       6385 S. Rainbow Boulevard, Suite 600
       Las Vegas, Nevada 89118

Dr. Duran is expected to testify regarding his knowledge of the facts and circumstances surrounding the subject event as well as the allegations set forth in the Complaint.

11.     HAS Kendra
       c/o Lewis Brisbois Bisgaard & Smith
       6385 S. Rainbow Boulevard, Suite 600
       Las Vegas, Nevada 89118

HAS Kendra is expected to testify regarding her knowledge of the facts and circumstances surrounding the subject event as well as the allegations set forth in the Complaint.

12.     HAS Meyer
       c/o Lewis Brisbois Bisgaard & Smith
       6385 S. Rainbow Boulevard, Suite 600
       Las Vegas, Nevada 89118

HAS Meyer is expected to testify regarding his knowledge of the facts and circumstances surrounding the subject event as well as the allegations set forth in the Complaint.

13.     Officer Matthew Garley, P15652
       c/o Kaempfer Crowell
       1980 Festival Plaza Drive, Suite 650
       Las Vegas, Nevada  89135

Officer Garley is expected to testify regarding his knowledge of the facts and circumstances surrounding the subject event as well as the allegations set forth in the Complaint.

14.     John G. Peters, Jr., Ph.D, M.B.A., CLS
       209 South Stephanie Street, Suite B249
       Henderson, NV 89012

Dr. Peters is expected to testify on Clark County Detention Center's policies, practices, procedures and training of Corrections Officers generally. Dr. Peters will testify as to his examination of the facts in this matter in comparison to the facts with the accepted, standards and the appropriate or inappropriate actions of Sgt. Dawson, Captain Schmidt and Officer Hardy

1 related to the incidents alleged in the Complaint.

2 15. Thomas D. Fowlkes, M.D.
1203 Medical Park Dr.
3 Oxford, MS 38655

Dr. Fowlkes is a correctional medicine physician who is expected to offer his expert opinions as to Plaintiff TERRELL DESHON KEMP, SR.'s alleged medical conditions resulting from the incident(s) and action(s) which are the subject of Plaintiff's First Amended Complaint. Dr. Fowlkes will testify as to the reasonableness and necessity of Plaintiff's medical treatment provided at the Clark County Detention Center, Plaintiff's alleged serious medical need, and whether Defendants were deliberately indifferent to Plaintiff's alleged serious medical needs. Dr. Fowlkes will also testify regarding the existence and extent of Plaintiff's pre-incident and postincident injuries/conditions, as well as Plaintiff's prognosis. Dr. Fowlkes is also expected to give rebuttal opinions in response to other witnesses or experts designated in this matter. He reserves the right to supplement and/or revise his report as new information is provided.

## IX. Designation of deposition to be offered and counter-designations.

A. Kemp

Kemp may offer his own deposition in its case in chief, if any.

B. Officer Hardy

Hardy may offer Kemp's deposition for impeachment or in the event of unavailability.

## X. Exhibits

A list by each party of exhibits to be offered in its case in chief, with one star indicating exhibits to which no party objects on grounds of authenticity, and two stars indicating exhibits to which no party objects on any grounds.

/ / /

| Document | Bates | No Objections to Authenticity | No Objections |
|---|---|---|---|
| Officer Hardy's responses to First Set of Interrogatories | N/A | * | |
| LVMPD's responses to First Set of Interrogatories | N/A | * | |
| LVMPD Defendants' responses to First Set of Requests for Production of Documents | N/A | * | |
| Various NaphCare Records | Miscellaneous | * | |
| Kemp's grievances related to the incident on July 26, 2016 | Miscellaneous | * | |
| Pages of Citizen Review Board Complaint, CR2016-109 | Miscellaneous | * | ** |
| CCDC SOP 09.11.01 – Use of Force | LVMPD001570-LVMPD001601 | * | ** |
| Training Logs of Officer Hugh Hardy | LVMPD001665-LVMPD001703 | * | ** |

A.    **Officer Hardy's exhibits**:

| Document | Bates | No Objections to Authenticity | No Objections |
|---|---|---|---|
| 1.    Inmate Summary | LVMPD000001 | * | |
| 2.    Inmate Assessments | LVMPD000002-LVMPD000008 | * | |
| 3.    Inmate Incident History (3-1-06 - 12-17-18) | LVMPD000009-LVMPD000017 | * | |
| 4.    Inmate Incident History (7-26-16 - 1-10-19) | LVMPD000018-LVMPD000020 | * | |
| 5.    Inmate Request Report | LVMPD000023-LVMPD000036 | * | |
| 6.    Inmate Request/Grievance Forms | LVMPD000037-LVMPD000271 | * | |

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3556036_1.doc  6943.184

Page 10 of 13

| | Document | Bates | No Objections to Authenticity | No Objections |
|---|---|---|---|---|
| 7. | Inmate Transfer Memo | LVMPD000272 | * | |
| 8. | CCDC Accounting Records | LVMPD000280-LVMPD000293 | * | |
| 9. | CCDC Inmate Housing History | LVMPD000294 | * | |
| 10. | LVMPD Photograph/Information Sheet | LVMPD000335 | * | |
| 11. | Temporary Custody Records | LVMPD000337-LVMPD000345 | * | |
| 12. | NaphCare Records | LVMPD000348-LVMPD001504 | * | |
| 13. | Citizen Review Board records for CR2016-109 | LVMPD001512-LVMPD001521 | * | |
| 14. | Internal Affairs Records for SOC2016-0710 | LVMPD001522-LVMPD001531 | * | |
| 15. | Citizen Review Board records for CR2016-121 | LVMPD001532-LVMPD001539 | * | |
| 16. | Internal Affairs Records for SOC2016-0741 | LVMPD001540-LVMPD001546 | * | |
| 17. | Citizen Review Board Records for CR2016-162 | LVMPD001547-LVMPD001553 | * | |
| 18. | Citizen Review Board Records for CR2017-127 | LVMPD001554-LVMPD001560 | * | |
| 19. | Disk Containing video of 9/1/2016 Hearing before Judge DelaCruz | LVMPD001561 | * | |
| 20. | CCDC SOP 14.00.00 – Inmate Requests/Grievances and Complaints/Grievances Against Staff | LVMPD001562-LVMPD001569 | * | ** |
| 21. | CCDC SOP 09.11.01 – Use of Force | LVMPD001570-LVMPD001601 | * | ** |

| Document | | Bates | No Objections to Authenticity | No Objections |
|---|---|---|---|---|
| 22. | CCDC SOP 13.00.00 – Medical Services | LVMPD001602-LVMPD001633 | * | ** |
| 23. | CCDC SOP 17.01.14 – Booking Intake and Holding | LVMPD001634-LVMPD001664 | * | ** |
| 24. | Training Logs of Officer Hugh Hardy | LVMPD001665-LVMPD001703 | * | ** |
| 25. | Dr. Peters' initial expert report, fee schedule, curriculum vitae, and list of prior testimony | | * | |
| 26. | Dr. Peters' supplemental expert report | | * | |
| 27. | Thomas D. Fowlkes' Report | WKN-FOWLKES 00001-00014 | * | |
| 28. | Thomas D. Fowlkes' CV | WKN-FOWLKES 00015-00019 | * | |
| 29. | Thomas D. Fowlkes' Testimony History | WKN-FOWLKES 00020-00023 | * | |
| 30. | Thomas D. Fowlkes' Fee Schedule | WKN-FOWLKES 00024 | * | |
| 31. | Plaintiff's Responses to LVMPD's Requests For Admissions | | * | |
| 32. | Plaintiff's Responses to Dawson's Requests for Admissions | | * | |
| 33. | Plaintiff's Responses to Hardy's Requests for Admissions | | * | |
| 34. | Plaintiff's Responses to Dawson's Interrogatories | | * | |
| 35. | Plaintiff's Responses to Hardy's Interrogatories | | * | |

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3556036_1.doc 6943.184

Page 12 of 13

### XI. Trial Dates

At the status conference in this matter, this Court ordered the parties to meet and confer about dates that counsel was available for trial in December 2023 and January 2024. The parties have met and conferred and agreed that they are available to begin trial on January 16, 2024, in this matter.

In the event that is an inconvenient date for the Court, the Parties are available as follows: April 15, 2024 and April 29, 2024.

DATED this 10th day of October, 2023.                    DATED this 10th day of October, 2023.

KAEMPFER CROWELL                                          SNELL & WILMER

By: /s/ Lyssa S. Anderson                                 By: /s/ Christian Ogata
Lyssa S. Anderson (NV Bar # 5781)                         Erin Gettel (NV Bar # 13877)
Ryan W. Daniels (NV Bar # 13094)                          Blakely Griffith (NV Bar # 12386)
1980 Festival Plaza Dr. Ste. 650                          Christian Ogata (NV Bar # 15612)
Las Vegas, Nevada 89135                                   3883 Howard Hughes Parkway, # 1100
**Attorneys for Defendant**                               Las Vegas, NV 89119
**Hugh Hardy**                                            **Attorneys for Plaintiff**
                                                          **Terrell Deshon Kemp, Sr.**

### XI.
### ACTION BY THE COURT

The Court GRANTS in part the [159] Stipulation to Continue trial aqnd [160] Proposed Pretrial Order. This case is set for jury trial on **May 6, 2024 at 8:30 a.m**. and Calendar call will be held on **April 2, 2024 at 1:30** p.m. An Amended Order Regarding trial shall issue in 2024.

DATED this the 13th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE