

1  Blakeley E. Griffith, Esq.
   Nevada Bar No. 12386
2  Christian P. Ogata, Esq.
   Nevada Bar No. 15612
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone: 702.784.5200
5  Facsimile: 702.784.5252
   Emails: bgriffith@swlaw.com
6          cogata@swlaw.com

7  *Attorneys for Plaintiff Terrell Deshon Kemp Sr.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Terrell Deshon Kemp Sr.,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>Hugh Hardy,<br><br>　　　　　Defendant | Case No.: 2:18-cv-00169-RFB-BNW<br><br>**Stipulation and Proposed Order to Continue Settlement Conference**<br><br>**(First Request)** |

Plaintiff Terrell Deshon Kemp and defendant Hugh Hardy stipulate to continue the settlement conference to April 10, 2024, April 17, 2024, or another date that is available to Judge Weksler for the following reasons:

1.  On November 9, 2023, Judge Weksler set this matter for settlement conference on February 9, 2024.

2.  In attempting to coordinate a time to speak with Mr. Kemp and to schedule his appearance at the settlement conference, counsel learned that he is currently in the hospital.

3.  Good cause exists to continue the settlement conference because Mr. Kemp's participation in the settlement conference is necessary, and he will not be able to participate on the date scheduled. Thus, the Parties agreed to continue the settlement conference to a later date.

4.  The Parties have agreed to the continuance requested

5. This stipulation is requested in good faith and not for the purpose of delay.

Therefore, the parties request that this Court continue the settlement conference currently set for February 9, 2024, to April 10, 2024, April 17, 2024, or another mutually convenient date.

DATED this 8th day of February 2024

SNELL & WILMER L.L.P.

By: */s/ Christian P. Ogata*
Blakeley E. Griffith, Esq.
Christian P. Ogata, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Plaintiff*

DATED this 8th day of February 2024

KAEMPFER CROWELL

By: */s/ Lyssa S. Anderson*
Lyssa S. Anderson, Esq.
Ryan W. Daniels, Esq.
1980 Festival Plaza Dr., Suite 650
Las Vegas, NV 89135

*Attorneys for Defendant Officer Hugh Hardy*

### ORDER

Good cause appearing, IT IS THEREFORE ORDERED that the parties' stipulation is GRANTED. The Settlement Conference in this matter shall be continued to  April 10  , 2024 at 10:00 a.m.

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2/9/2024