

Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Christian P. Ogata, Esq.
Nevada Bar No. 15612
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Emails: bgriffith@swlaw.com
         cogata@swlaw.com

*Attorneys for Plaintiff Terrell Deshon Kemp Sr.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Terrell Deshon Kemp Sr., <br><br>                 Plaintiff <br><br> vs. <br><br> Hugh Hardy, <br><br>                 Defendant | Case No.: 2:18-cv-00169-RFB-BNW <br><br> **Stipulation and Proposed Order to Continue Motion in Limine Deadline** <br><br> **(First Request)** |

      Plaintiff Terrell Deshon Kemp and defendant Hugh Hardy stipulate to continue the motion in limine deadline for two weeks, or up and including March 29, 2024, for the following reasons:

      1.    On November 9, 2023, Judge Weksler set a settlement conference in this matter, requiring the parties to submit pre-conference briefs outlining their positions.

      2.    Days before the briefs were due, counsel for Mr. Kemp was scheduled to speak with him, but was informed by the Nevada Department of Corrections that he was in the hospital for an unknown reason, and that the prison could not accommodate a call between Mr. Kemp and his counsel.

      3.    Mr. Kemp's counsel attempted several times to speak with him and get updates, but still was unable to by the time of the settlement conference so the parties stipulated to continue the date for the settlement conference. Judge Weksler continued the settlement conference to April 10, 2024.

4. Since then, counsel for Mr. Kemp has still been unable to reach him, nor has counsel been able to confirm with the Nevada Department of Corrections whether he is still in the hospital.

5. Given the delay in counsel's ability to reach Mr. Kemp, the parties agreed in good faith to extend the motion in limine deadline for two weeks.

6. Trial is set for this matter starting May 6, 2024. Calendar call is set for April 9, 2024.

7. This request is not made for the purpose of delay.

Therefore, the parties request that this Court continue the motion in limine deadline currently set for March 15, 2024, for two weeks days, or up to and including March 29, 2024.

DATED this 1st day of March 2024

SNELL & WILMER L.L.P.

By: /s/ Christian P. Ogata
Blakeley E. Griffith, Esq.
Christian P. Ogata, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Plaintiff*

DATED this 1st day of March 2024

KAEMPFER CROWELL

By: /s/ L ssa S. Anderson
Lyssa S. Anderson, Esq.
Ryan W. Daniels, Esq.
1980 Festival Plaza Dr., Suite 650
Las Vegas, NV 89135

*Attorneys for Defendant Officer Hugh Hardy*

### ORDER GRANTING IN PART

Good cause appearing, IT IS THEREFORE ORDERED that the parties' stipulation is GRANTED IN PART. The motion in limine deadline is continued to **March 29, 2024.** Any responses to motions in limine will be due **April 5, 2024.**

**IT IS SO ORDERED**

UNITED STATES DISTRICT JUDGE

DATED: March 4, 2024