Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Christian P. Ogata, Esq.
Nevada Bar No. 15612
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Emails: bgriffith@swlaw.com
cogata@swlaw.com

*Attorneys for Plaintiff Terrell Deshon Kemp Sr.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Terrell Deshon Kemp Sr.,<br><br>　　　　　　Plaintiff<br><br>vs.<br><br>Hugh Hardy,<br><br>　　　　　　Defendant | Case No.: 2:18-cv-00169-RFB-BNW<br><br>**Stipulation and Proposed Order to Vacate Settlement Conference**<br><br>**(First Request)** |

　　　　Plaintiff Terrell Deshon Kemp and defendant Hugh Hardy stipulate to vacate the settlement conference set for April 10, 2024, for the following reasons:

　　　　1.　　On February 9, 2024, Judge Weksler continued the settlement conference in this matter to April 10, 2024.

　　　　2.　　Since then, the parties have settled this matter in principle.

　　　　3.　　Because the parties have settled this matter, the need for a settlement conference is moot.

　　　　4.　　The Parties have agreed to vacating the settlement conference.

　　　　Therefore, the parties request that this Court vacate the settlement conference currently set for April 10, 2024.

DATED this 3rd day of April 2024

SNELL & WILMER L.L.P.

By: */s/ Christian P. Ogata*
Blakeley E. Griffith, Esq.
Christian P. Ogata, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Plaintiff*

DATED this 3rd day of April 2024

KAEMPFER CROWELL

By: */s/ Lyssa S. Anderson*
Lyssa S. Anderson, Esq.
Ryan W. Daniels, Esq.
1980 Festival Plaza Dr., Suite 650
Las Vegas, NV 89135

*Attorneys for Defendant Officer Hugh Hardy*

## ORDER

Good cause appearing, IT IS THEREFORE ORDERED that the parties' stipulation is GRANTED. The settlement conference in this matter is hereby VACATED.

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE