Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Christian P. Ogata, Esq.
Nevada Bar No. 15612
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Emails: bgriffith@swlaw.com
cogata@swlaw.com

*Attorneys for Plaintiff Terrell Deshon Kemp Sr.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Terrell Deshon Kemp Sr., <br><br>   Plaintiff <br><br> vs. <br><br> Hugh Hardy, <br><br>   Defendant | Case No.: 2:18-cv-00169-RFB-BNW <br><br> **Stipulation and Order for Dismissal with Prejudice** |

Plaintiff Terrell Deshon Kemp and defendant Hugh Hardy, by and through their counsel of record, stipulate and agree to dismiss this case in its entirety with prejudice under FRCP 41(a)(1)(A)(ii). Each party will bear its own fees and costs.

DATED this 3 day of June, 2024          DATED this 4 day of June, 2024

SNELL & WILMER L.L.P.                   KAEMPFER CROWELL

By: /s/ [signature]                     By: /s/ [signature]
Blakeley E. Griffith, Esq.              Lyssa S. Anderson, Esq.
Christian P. Ogata, Esq.                Ryan W. Daniels, Esq.
3883 Howard Hughes Parkway, Suite 1100  1980 Festival Plaza Dr., Suite 650
Las Vegas, NV 89169                     Las Vegas, NV 89135

*Attorneys for Plaintiff*                *Attorneys for Defendant Officer Hugh Hardy*

**ORDER**

Based upon the parties' stipulation and good cause appearing, **IT IS THEREFORE ORDERED that THIS ACTION IS DISMISSED with prejudice**, each side to bear its own fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE**.

**IT IS SO ORDERED**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: June 5, 2024.